BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00380-AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION FOR RESTITUTION HEARING |
| JERRY JAY HER, | ) | |
| Defendant. | ) | Hon. Anthony W. Ishii |

The United States of America hereby moves, with accompanying Declaration of Grant B. Rabenn, this Court for an Order to hold a restitution hearing as to defendant JERRY JAY HER ("Defendant") on or before Friday, August 17, 2012, pursuant to 18 U.S.C. § 3664(d)(5).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Grant B. Rabenn
    GRANT B. RABENN
    Assistant U.S. Attorney

1

**DECLARATION OF GRANT B. RABENN**

1. Title 18, United States Code, Section 3664(d)(5) provides that if a victim's losses are not ascertainable ten days prior to sentencing, the Court shall be informed and the Court shall set a date for final determination of victim's losses not to exceed ninety (90) days after sentencing.

2. Defendant was sentenced to 14 months imprisonment on May 21, 2012 for conspiracy to commit postal crimes. In the factual basis for Defendant's guilty plea, Defendant admitted to breaking into a community mailbox located in Fresno, California on or about September 4, 2011.

3. Approximately one week prior to Defendant's sentencing, the United States Attorney's Office ("USAO") was informed by the United States Postal Service ("USPS") that it intended to file a claim for restitution based on the damage caused by Defendant to the community mailbox. On or about the day that the USAO was informed of USPS's potential restitution claim, USPS also made Probation aware of the claim for restitution. However, because of the deadlines for filing the Pre-Sentence Report ("PSR"), Probation was unable to verify and include this claim for restitution in the PSR.

///
///
///
///
///
///
///

4. During Defendant's sentencing, I informed the Court of USPS's potential claim for restitution. The Court stated that the United States could move for a restitution hearing within ninety (90) days of Defendant's sentencing. Ninety (90) days from the date of Defendant's sentencing is Sunday, August 19, 2012. As such, the United States requests that the Court hold a restitution hearing as to Defendant on or before Friday, August 17, 2012.

Dated: June 21, 2012          By:   /s/ Grant B. Rabenn
                                                  GRANT B. RABENN
                                                  Assistant U.S. Attorney

```
BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
    United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00380-AWI |
| Plaintiff, | ORDER SETTING RESTITUTION HEARING |
| v. | |
| JERRY JAY HER, | |
| Defendant. | Hon. Anthony W. Ishii |

Upon Motion by the United States of America, IT IS ORDERED that on the 6th day of August, 2012, at 11:00 a.m., a hearing shall be held to determine the restitution owed, if any, by Defendant JERRY JAY HER to known victims in the above-captioned case.

IT IS SO ORDERED.

Dated:    June 21, 2012                    _____
                                           CHIEF UNITED STATES DISTRICT JUDGE